## Jimmy Dean WELCH v. STATE of Arkansas

CR 93-1051                                      868 S.W.2d 32

### Supreme Court of Arkansas
Opinion delivered October 11, 1993

*Phil Kinsey*, for appellant.

No response.

PER CURIAM. The appellant, Jimmy Dean Welch, by his attorney, has filed a motion for a rule on the clerk.

His attorney, Phil Kinsey, admits that the failure to file the record in time was due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.

The motion is therefore granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.